AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)          ☒ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America | |
| v. | |
| KYLE RICHARD WILLIAMS and COLIN POWELL LACEY, | Case No.   2:22-mj-00669-DUTY |
| Defendants | |

**LODGED**
CLERK, U.S. DISTRICT COURT
2/17/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VAM _____ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
February 17, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CD _____ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 13, 2021 to November 29, 2021 in the county of Los Angeles in the

Central District of California, the defendants violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1951(a) | Conspiracy to Interfere with Commerce by Robbery |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet

/s/   Michael Fukuda
_____
*Complainant's signature*

MICHAEL FUKUDA, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   February 17, 2022
_____
*Judge's signature*

City and state:   Los Angeles, California          Hon. ALKA SAGAR, U.S. Magistrate Judge
_____
*Printed name and title*

AUSA:_JMC x6520__

## AFFIDAVIT

I, Michael Fukuda, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint and arrest warrants for KYLE RICHARD WILLIAMS ("WILLIAMS") and COLIN POWELL LACEY ("LACEY"), for a violation of 18 U.S.C. § 1951(a), Conspiracy to Interfere with Commerce by Robbery (the "SUBJECT OFFENSE").

2.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrants and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF AFFIANT

3.   I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since 2008.  In September 2008, I completed 21 weeks of training at the FBI Academy in Quantico, Virginia, where I received formal training in criminal investigative tactics, techniques and evidence collection.  I have received training in, and have conducted, investigations of bank robberies and violent crime.  From

1

September 2019 to the present, I have been assigned to the Violent Crimes Squad and worked as a Hobbs Act Robbery and Bank Robbery Investigator in the Los Angeles Division of the FBI.

4.   In connection with the robbery investigations in which I have participated, I have used a variety of investigative techniques, including witness interviews, speaking with law enforcement agents and officers, reviewing surveillance images and cellular telephone data, including cellular tower logs, as well as collecting and processing physical evidence.  As a result of this experience and my conversations with other law enforcement personnel, which includes FBI SAs experienced with bank robbery investigations and commercial robbery investigations, I am familiar with the methods used by individuals to commit robberies as well as effective investigative methods to solve them.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

5.   From November 13, 2021, through January 4, 2022, a series of at least approximately 41 commercial robberies (including of 7-Eleven convenience stores, gas stations, smoke shops, and restaurants) have been committed in Los Angeles County.  During these robberies, one of the two robbers entered the store and held employee(s) at gunpoint while demanding cash from the cash register, while the other robber remained outside. Law enforcement has reviewed store surveillance videos of these robberies and identified distinctive clothing worn by the robbers in many of these robberies.  Furthermore, eyewitness statements have aided in the identification of the robbers'

getaway vehicle.  The getaway vehicle, a Hyundai sedan registered to a deceased owner, was surveilled by law enforcement.  LACEY was observed to be the primary driver of the vehicle, and was often in the company of WILLIAMS.  Both LACEY and WILLIAMS matched the appearances of the robbers captured on surveillance video.  Furthermore, WILLIAMS was observed wearing a distinctive hooded sweatshirt with a blue heart design that was worn by the robber in at least two of the robberies.

6.    During the course of the investigation, law enforcement obtained search warrants for the Hyundai and residences associated with WILLIAMS and LACEY.  Law enforcement seized distinctive clothing consistent with that worn during the robberies.  Also seized was a DVR containing home security video of the outside of LACEY's residence.  A preliminary review of this footage shows LACEY's departures and arrivals to his residence in the Hyundai are consistent with the times of robberies under investigation.  Furthermore, on November 29, 2021, when LACEY and WILLIAMS leave in the Hyundai, WILLIAMS is wearing the distinctive black hooded sweatshirt with a blue heart design that was worn by the person who committed two armed robberies later that day.  On November 19, 2021, DVR recordings show LACEY returning home wearing the same distinctive pants worn during a robbery earlier that day.  After walking into the rear courtyard of his residence, LACEY is seen taking money out of his pockets and counting cash.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

7.    Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.    November 13, 2021 – Hollywood Boulevard 7-Eleven Robbery**

8.    On November 13, 2021, a robbery occurred at the 7-ELEVEN located at 5763 Hollywood Boulevard, Los Angeles, California (the "Hollywood Boulevard 7-Eleven").  At approximately 3:00 a.m., Hollywood Boulevard 7-ELEVEN was robbed by one black male, who brandished a handgun.  The robber took approximately $117 in cash from the cash register.  The Los Angeles Police Department ("LAPD") responded to the robbery and interviewed a witness who provided the following information:

a.    Employee/witness "F.S." was working in the store when a lone black male entered the store.  The robber was a black male, approximately 5'5" in height, approximately 30 years old.  The robber approached the counter where F.S. was standing, pointed a handgun at F.S., and demanded money from the cash register.  In fear for his life, F.S. complied, and gave the robber money from the cash register.

b.    I have reviewed stills of the store security video of the inside of the Hollywood Boulevard 7-Eleven at the time of the robbery.  The stills showed the robber was wearing a hooded sweatshirt with distinctive black and gray stripes.  The

robber was wearing a facemask, sunglasses, dark pants, and black shoes with a white design or lettering on the top of the shoes.

**B.   November 16, 2021 –Sunset Boulevard 7-Eleven Robbery**

9.   On November 16, 2021, a robbery occurred at the 7-ELEVEN located at 5076 W. Sunset Boulevard, Los Angeles, California (the "Sunset Boulevard 7-Eleven Robbery").   At approximately 2:10 a.m., the Sunset Boulevard 7-ELEVEN was robbed by one black male who brandished a handgun.   The robber took approximately $425 in cash from the cash register, and cigarettes valued at approximately $600.   The LAPD responded to the robbery and interviewed a witness who provided the following information:

a.   Employee/witness "A.D." was working in the store when a lone black male entered the store.   The robber was a black male, approximately 5'6" in height, approximately 25 to 30 years old.   After walking around the store, the robber approached the counter where A.D. was standing, and crouched down on the employees side of the counter.   The robber pointed a handgun at A.D., and demanded money from the cash register be put into a store plastic bag.   The robber also demanded that A.D. take cigarettes off the rack and place them in the bag. In fear for his life, A.D. complied, and gave the robber money from the cash register and cigarettes from the rack.

10.   I have reviewed security video of the inside of the Sunset Boulevard 7-Eleven at the time of the robbery.   On the surveillance camera footage, I observed an individual matching the appearance of the robber from the Hollywood Boulevard 7-

Eleven robbery, wearing the same hooded sweatshirt with distinctive black and gray stripes throughout the sweatshirt. The robber was wearing a facemask, sunglasses, dark pants, and black shoes with a white lettering that spelled, "Nautica." The robber entered the store and initially walked to the rear of the store. The robber then approached A.D. and pointed a semi-automatic handgun at A.D. The robber crouched behind the counter as he continued to point the handgun at A.D. A.D. placed cash from the cash register into a plastic bag, and then placed cigarettes into the bag. The robber took the bag and fled out of the store.

**C.   November 19, 2021 – 7950 Santa Monica Boulevard 7-Eleven Robbery**

11.   On November 19, 2021, a robbery occurred at the 7-ELEVEN located at 7950 Santa Monica Boulevard, West Hollywood, California (the "7950 Santa Monica Boulevard 7-Eleven"). At approximately 8:25 p.m., one black male robbed the 7950 Santa Monica Boulevard 7-Eleven by brandishing a handgun. The robber took approximately $1,000 in cash from the cash register. The Los Angeles Sheriff's Department ("LASD") responded to the robbery and interviewed a witness who provided the following information:

a.   Employee/witness "N.H" was working in the store when a lone black male entered the store. The robber was a black male, approximately 5'8" in height. The robber approached the counter where N.H. was standing, pointed a handgun at N.H., and demanded money from the cash register. In fear for his life,

N.H. complied, and gave the robber money from both cash
registers.

        b.    I have reviewed stills of the store security
video of the inside of the 7950 Santa Monica Boulevard 7-Eleven
at the time of the robbery.  The stills showed an individual
matching the appearance of the Hollywood Boulevard 7-Eleven and
Sunset Boulevard 7-Eleven robber.  The robber was wearing a
black hooded sweatshirt, a facemask, and sunglasses.  The robber
was wearing dark sweatpants with a distinctive square emblem
under the front left pocket.  The robber was wearing a pair of
black shoes with white lettering on the top of the shoe that
spelled, "Nautica."

      **D.    November 29, 2021 – The R&F Tobacco, 3rd Street 7-Eleven, 6701 Santa Monica Boulevard 7-Eleven, and Washington Boulevard 7-Eleven Robberies**

    12.  On November 29, 2021, within a two-hour period, three
separate 7-Eleven's and one tobacco shop were robbed.  The first
robbery occurred at the R&F TOBACCO store, located at 1534 La
Cienega Boulevard, Los Angeles, California ("R&F Tobacco").  At
approximately 7:09 p.m., R&F Tobacco was robbed by one black
male who brandished a handgun.  The robber took approximately
$442.10 in cash from the cash register.  LAPD responded to the
robbery and interviewed a witness who provided the following
information:

        a.    Employee/witness "A.G." was working in the store
when a lone black male entered the store.  The robber was a
black male, approximately six feet in height, and in his
twenties.  The robber approached the counter where A.G. was

standing, pointed a handgun at her, and demanded money from A.G. In fear for her life, A.G. complied, and gave the robber money from the cash register.

13.  I have reviewed the store security video of the inside of R&F Tobacco at the time of the robbery.  The surveillance camera footage is approximately 11 seconds long, and captures the moment when an individual is committing the robbery. I observed the robber standing in front of A.G., who is behind the counter.  The robber says, "Hurry up, give me the dollars," while brandishing a black semi-automatic handgun and gesturing at the cash register.  The robber is wearing a black hooded sweatshirt with a blue heart in the chest area, a blue medical facemask, sunglasses, and blue jeans.

14.  The second robbery on November 29, 2021, occurred at the 7-ELEVEN, located at 6077 W. 3rd Street, Los Angeles, California (the "3rd Street 7-Eleven").  At approximately 8:00 p.m., the 3rd Street 7-Eleven was robbed by an individual who brandished a handgun.  On November 30, 2021, the LAPD responded to the robbery and interviewed the 3rd Street 7-Eleven manager who provided the following information:

a.  The manager, "M.I.," was advised by Employee/witness "R.K." that the 7-ELEVEN had been robbed on November 29, 2021, but R.K. had not called the police due to the stress of the robbery.  M.I. was told by R.K. that on November 29, 2021, at approximately 8:08 p.m., a robber had brandished a handgun and demanded money from the cash register.  The robber took approximately $400 from the cash register.

15.  The third robbery on November 29, 2021, occurred at the 7-ELEVEN located at 6701 Santa Monica Boulevard, Los Angeles, California (the "6701 Santa Monica Boulevard 7-Eleven").  At approximately 8:33 p.m., the 6701 Santa Monica Boulevard 7-Eleven was robbed by an individual who took approximately $600 in cash from the cash register.  The LAPD responded to the robbery and interviewed a witness who provided the following information:

    a.  Employee/witness "C.A." was working in the store when a lone black male entered the store.  The robber was a black male, approximately 5'05" in height, approximately 130 lbs, and approximately 22 years old.  The robber, brandishing a handgun, approached the counter where C.A. was standing, and demanded that C.A. give him all the money in the cash register. In fear for his life, C.A. complied, and put approximately $600 into a plastic bag and gave it to the robber.  The robber took the bag and fled out the store.

16.  I have reviewed the store security video of the inside of the 6701 Santa Monica Boulevard 7-Eleven at the time of the robbery.  On the surveillance camera footage, I observed an individual wearing a black hooded sweatshirt, facemask, sunglasses, dark pants, and black shoes with white lettering or design.  The robber entered the store and lingered until there were no customers inside the store.  The robber then brandished a semi-automatic handgun and pointed it at C.A.  C.A. removed cash from the cash register, and put the cash into a plastic bag.  The robber took the bag and fled out of the store.

17.   The fourth robbery on November 29, 2021, occurred at the 7-ELEVEN located at 4209 W. Washington Boulevard, Los Angeles, California (the "Washington Boulevard 7-Eleven").  At approximately 8:55 p.m., the Washington Boulevard 7-Eleven was robbed by an individual who took approximately $500 in cash from the cash register.  The LAPD responded to the robbery and interviewed three witnesses who provided the following information:

a.   Employee/witness "D.H." was working in the store when a lone black male entered the store.  The robber was a black male, approximately 6'02" in height, and in his 20s.  The robber, brandishing a handgun, approached the counter where D.H. was standing and demanded that D.H. give him all the money in the cash register. In fear for her life, D.H. complied and gave approximately $500 to the robber.  The robber took the money and fled out the store.

b.   Customer/witness "Y.L." had just given the store employee $400 to credit her cash app card, when an individual, brandishing a firearm, walked up to the store employee, and demanded money.  The store employee gave the robber the $400 that Y.L. had just handed over.  Y.L. and her son followed the robber as he ran out of the store, but lost sight as the robber ran southbound on Crenshaw Boulevard.

c.   Witness "J" was driving southbound on Crenshaw Boulevard when he observed two Black males running from the 7-ELEVEN.  They entered a vehicle that was parked approximately 1 block south of Washington Boulevard, and then drove southbound

10

towards the 10 Freeway.  J described the vehicle as a Hyundai bearing California license plate number 7BTS121.

18.  I have reviewed stills taken from store security video of the inside of the Washington Boulevard 7-Eleven at the time of the robbery.  The stills showed the individual matching the appearance of the R&F Tobacco robber and wearing the same distinctive clothing, including the black hooded sweatshirt with the blue heart in the chest area, worn less than 2 hours prior during the R&F Tobacco robbery.  Additional still shots show the same individual at the counter of the store brandishing a semi-automatic handgun while standing in front of D.H. and Y.L.

**E.    LACEY's Association with the Hyundai.**

19.  A DMV records check of the Hyundai's license plate number 7BTS121 shows the vehicle is a light-colored, four door Honda Fit, registered to "Francisco Aguirre" in Menifee, California.  Law enforcement databases indicated the Honda Fit has only had one registered owner and has been consistently serviced over the years in Riverside County.

20.  On December 21, 2021, LAPD Detective Jaramillo contacted witness "J" regarding J's observations during the fourth November 29 robbery.  J's responses to Detective Jaramillo's questions were consistent with his earlier statement.  J added that the vehicle he had seen was a dark colored Hyundai, possibly four door, with a standard sedan shape.

21.   Based on J's statement and the Honda Fit not matching
the body style or color description of the getaway vehicle,
Detective Jaramillo ran the license plate number, 7BTS121, with
slight deviations through the DMV database.  It is not uncommon
for a witness to misread a license plate, particularly when
factoring in distance, time of day, traveling speed, and license
plate frames obscuring letters and numbers of the license plate.
Due to similarities in shape, it is common for witnesses to
mistake the letters "I" for "T" and "F" for "E".  When Detective
Jaramillo ran license plate 7BIS121 through the DMV database,
DMV records showed the vehicle was a 4 door, dark gray 2013
Hyundai Elantra sedan, registered to Michelle Willis (Willis) at
1320 Grandview Avenue, Glendale, California 91201.  Detective
Jaramillo queried license plate 7BTS121 and 7BIS121 through a
License Plate Reader (KPR) database.  License plate 7BTS121,
registered to a Honda Fit in Menifee, Riverside County,
California, consistently showed LPR records in Riverside County.
License plate 7BIS121, registered to a Hyundai in Glendale, Los
Angeles County, consistently showed LPR records in Los Angeles
County.

**F.   Identification of LACEY and WILLIAMS as the Robbers**

22.   Law enforcement databases showed that prior to
residing in Glendale, California, Willis, the registered owner
of the Hyundai, resided at 3111 West 78th Place, Los Angeles.
Even though Willis died on August 27, 2021, DMV records still
lists her as the registered owner of the Hyundai.

23.  A review of law enforcement reports also revealed the following:

a.  On March 14, 2007, Willis reported her 2005 GMC Envoy stolen.  Investigation at the time showed that LACEY, who is Willis' nephew and was residing with her at 3111 W. 78th Place, had taken Willis' vehicle without her permission.  The vehicle was recovered and returned to Willis.

b.  On March 12, 2014, Willis reported her Hyundai stolen.  Investigation at the time showed that LACEY had taken Willis' vehicle without her permission.  The Hyundai was recovered and returned to Willis.

24.  On January 4, 2022, at approximately 9:00 a.m., law enforcement conducted surveillance at 3211 W. 78th Place, and observed a Hyundai Elantra, bearing license plate 7BIS121, parked in the driveway.  At approximately 9:10 a.m., a male (later identified as LACEY) was observed standing next to the Hyundai.  LACEY went inside the Hyundai, retrieved an unknown item, and walked into the residence at 3211 W. 78th Place.

25.  At approximately 9:30 a.m., LACEY walked out of the residence with another individual (later identified as WILLIAMS).  WILLIAMS was wearing the same distinctive black sweatshirt with a blue heart in the chest area that was worn during the R&F TOBACCO robbery on November 29, 2021 and later that same day at the Washington Boulevard 7-Eleven robbery.  LACEY and WILLIAMS worked together on a minibike that was parked outside.

26.   LACEY and WILLIAMS then placed the minibike into the
Hyundai, and drove to a residence located at 2906 W. 78th Place,
Inglewood, California, which is WILLIAMS' residence per DMV
records.  LACEY, who was driving the Hyundai, waited in the
vehicle while WILLIAMS entered the residence.  Approximately 4
minutes, later, LACEY exited the vehicle and entered the
residence.  Approximately 3 minutes later, both LACEY and
WILLIAMS exited the residence.  LACEY placed an unknown item
into the trunk of the Hyundai, and then drove away in the
Hyundai with WILLIAMS.

27.   On January 5, 2022, law enforcement conducted
surveillance on LACEY, and followed him as he drove in the
Hyundai or a minibike to several neighborhood businesses.  Over
the next eight hours, law enforcement maintained surveillance on
LACEY and observed LACEY entering and leaving from the residence
at 3211 W. 78th Place, as well as the residence next door,
located at 3207 W. 78th Place.  LACEY was the only person
observed driving the Hyundai.

28.  At approximately 2:07 p.m., WILLIAMS arrived at 3211
W. 78th Place with his own minibike, where he met with LACEY.  At
approximately 2:39 p.m., WILLIAMS and LACEY left together on
their minibikes, and surveillance was discontinued.

29.  At approximately 3:21 p.m., the Los Angeles Fire
Department ("LAFD") responded to 3207 W. 78th Place, where they
were directed into the residence by WILLIAMS.  LAFD transported
LACEY to Harbor-UCLA Medical Center for treatment of injuries
incurred during an accident on his minibike.  While still at the

hospital, LACEY would later tell law enforcement that he resided at 3207 W. 78th Place.

30.  WILLIAMS was taken into custody as he walked from 3207 W. 78th Place and, following WILLIAMS' arrest, a state search warrant for 3211 W. 78th Place, 2906 W. 78th Place, and the Hyundai was obtained and executed.  Once the search warrant was obtained, law enforcement conducted a search of 3211 W. 78th Place, 2906 W. 78th Place, and the Hyundai.  Inside the Hyundai, officers recovered a hooded sweatshirt with distinctive black and gray stripes matching the sweatshirt worn by LACEY during the Hollywood Boulevard 7-Eleven robbery on November 13, 2021, and the 7950 Santa Monica Boulevard 7-Eleven robbery on November 19, 2021.  Officers also found a matching black hooded sweatshirt worn by LACEY during the 6701 Santa Monica Boulevard 7-Eleven robbery on November 29, 2021 inside the Hyundai.  Also inside the Hyundai, officers recovered black sweatpants with a reflective white NBA logo by the left front pants pocket, matching the sweatpants worn by the robber during the 7950 Santa Monica Boulevard 7-Eleven robbery, was recovered from the Hyundai.  Live ammunition was recovered from 3211 W. 78th Place and 2906 W. 78th Place.

31.  LACEY was taken into custody at Harbor-UCLA Medical Center and transported to LAPD Robbery Homicide (RHD) for further questioning.  Following LACEY's arrest, a state search warrant for 3207 W. 78th Place was obtained and executed.  Once the search warrant was obtained, law enforcement conducted a search of 3207 W. 78th Place.  At that residence, law enforcement

recovered sunglasses matching the sunglasses worn by WILLIAMS and LACEY during the robberies of the Hollywood Boulevard 7-Eleven, the 7950 Santa Monica Boulevard 7-Eleven, R&F Tobacco, the 6701 Santa Monica Boulevard 7-Eleven, and the Washington Boulevard 7-Eleven.  Law enforcement also recovered live ammunition from 3207 W. 78th Place.

**G.    Review of DVR surveillance footage from 3207 W. 78th Place**

32.    During the search conducted at 3207 W. 78th Place pursuant to a state search warrant, law enforcement also seized a digital video recorder (DVR) that contained surveillance video recordings of four security cameras positioned on the property of 3207 W. 78th Place.  I have reviewed segments of the time-stamped surveillance recordings, focusing on the hours before and after the Hollywood Boulevard 7-Eleven robbery, the 7950 Santa Monica Boulevard robbery, and the four November 29 robberies.  I observed the following:

a.    On November 12, 2021, at approximately 11:28 a.m., LACEY parked a vehicle matching the appearance of a gray 4-door Hyundai Elantra on the front yard of 3211 W. 78th Place. LACEY, wearing a white T-shirt and dark shorts, walked up to the front door of 3207 W. 78th Place, and stood underneath where a surveillance camera is positioned.  LACEY was wearing black shoes with white letters on it spelling out what appeared to be "Nautica."

b.   From approximately 12 noon, LACEY washed the Hyundai, and left in the Hyundai several times, including trips where he was accompanied by an unidentified female.

c.   At approximately 6:57 p.m., LACEY drove away alone in the Hyundai.

d.   On November 13, 2021, at approximately 4:10 a.m., the Hyundai arrived back at 3211 W. 78th Place, and backed into the driveway.

e.   At approximately 8:51 a.m., LACEY exited the front driver's side door of the Hyundai and walked through a side gate that accessed the rear courtyard of 3207 W. 78th Place.

33.   I reviewed DVR surveillance recordings captured on November 19, 2021, and observed the following:

a.   On November 19, 2021, at approximately 5:13 p.m., an individual matching LACEY's appearance walked to the rear of 3207 W. 78th Place, wearing a black hooded sweatshirt, black pants, black shoes with white writing on them consistent with the word "Nautica."

b.   At approximately 5:39 p.m., the individual matching LACEY entered a vehicle matching a gray 4-door Hyundai and drove away.

c.   At approximately 9:45 p.m., the Hyundai returned and parked in the driveway of 3211 W. 78th Place.  The same individual, wearing what appeared to be the same clothing he wore in the recording at 5:39 p.m., exited the vehicle from the front driver's side door.  He walked through a side gate that accessed the rear courtyard of 3207 W. 78th Place.  He removed

17

what appeared to be cash, and could be seen counting and
arranging the bills on a small table.  He was wearing black
sweatpants with a reflective white design by the left front
pants pocket, matching the sweatpants worn by the robber during
the November 19 robbery.  An outline of what appeared to be a
handgun could be seen inside the front kangaroo pocket of his
hooded sweatshirt.

    34.  I reviewed DVR surveillance recordings captured on
November 29, 2021, and observed the following:

        a.  At approximately 3:04 p.m., a vehicle matching
the appearance of a gray 4-door Hyundai Elantra backed into the
driveway of 3211 W. 78th Place. An individual matching the
appearance of WILLIAMS exited from the front passenger seat of
the vehicle.  He was holding a black hooded sweatshirt, which he
brushed with his hands a few times before putting the hooded
sweatshirt on.  His back was to the camera and the front of the
sweatshirt was not visible.  An individual matching the
appearance of LACEY exited from the front driver's seat.  Both
individuals walked together westbound on 78th Place.

        b.  At approximately 3:16 p.m., both individuals
returned to 3211 W. 78th Place on foot.  The individual matching
WILLIAMS's appearance faced the camera and the front of his
sweatshirt was visible.  A blue heart was visible on the front
chest area of the black hooded sweatshirt, matching the
sweatshirt worn by the second robber during the first and fourth
November 29 robbery.  It was also the same sweatshirt that
WILLIAMS was observed wearing while under surveillance by law

18

enforcement on January 4, 2022.  Both individuals eventually entered the vehicle and drove away at approximately 4:19 p.m.

c.   At approximately 11:36 p.m., the Hyundai returned, and parked in the driveway of 3211 W. 78th Place.  An unidentified female walked from 3207 W. 78th Place to the parked Hyundai and appeared to engage in conversation with the occupant(s).

d.   At approximately 11:47 p.m., a sedan arrived and parked curbside in front of 3211 W. 78th Place.  The driver of the Hyundai exited and walked to the sedan with the female.  The female returned to 3207 W. 78th Place.  The driver of the Hyundai appeared to engage in conversation with the occupant(s) of the parked sedan.

e.   On November 30, 2021, at approximately 1:00 a.m., the parked sedan departed.

35.  On February 9, 2022, I queried law enforcement databases and determined that WILLIAMS has the following criminal history:  a 2017 conviction for Robbery, in violation of Penal Code section 211.

36.  On February 9, 2022, I queried law enforcement databases and determined that LACEY has the following criminal history:  a 2015 conviction for Attempted Robbery, in violation of Penal Code section 664/212.5(C).

**E.   Background on the Investigation and the Related Robberies**

37.  The FBI, along with other state and local law enforcement agencies, is investigating a series of at least 41

commercial robberies (including 7-Eleven convenience stores, gas stations, smoke shops, and restaurants), occurring between November 13, 2021 and January 4, 2022.  The robberies follow a similar pattern, namely, a robber enters the victim-business, confronts and points a handgun at the store employee(s), demands money, and takes money from the cash drawers from the store. Law enforcement has reviewed the surveillance footage from these robberies and determined that they all appear to have been committed by WILLIAMS and/or LACEY.

38.  Below is a list of additional robberies under investigation:

a.  <u>November 14, 2021</u> – 7-Eleven, located at 11401 Ventura Boulevard, Studio City, California;

b. <u>November 16, 2021</u> – 7-Eleven, located at 5076 W. Sunset Boulevard, Los Angeles, California;

c. <u>November 19, 2021</u> – T-Mobile, located at 3008 Wilshire Boulevard, Santa Monica, California;

d. <u>December 2, 2021</u> – 7-Eleven, located at 7600 W Sunset Blvd., Los Angeles, California;

e. <u>December 2, 2021</u> – 7-Eleven, located at 5279 W. Olympic Boulevard, Los Angeles, California;

f. <u>December 9, 2021</u> – 7-Eleven, located at 12170 Ramona Boulevard, El Monte, California;

g. <u>December 14, 2021</u> – 7-Eleven, located at 4930 W. Pico Boulevard, Los Angeles, California;

h. <u>December 19, 2021</u> – 7-Eleven, located at 1874 S. Western Avenue, Los Angeles, California;

i. <u>December 19, 2021</u> – 7-Eleven, located at 4029 W. Washington Boulevard, Los Angeles, California;

j. <u>December 21, 2021</u> – Taco Bell, located at 13410 Rosecrans Avenue, Norwalk, California;

k. <u>December 21, 2021</u> – Burger King, located at 13400 Rosecrans Avenue, Norwalk, California;

l. <u>December 21, 2021</u> – Shell Gas, located at 14324 Valley View Avenue, La Mirada, California;

m. <u>December 21, 2021</u> – Taco Joe, located at 13019 Rosecrans Avenue, Norwalk, California;

n. <u>December 22, 2021</u> – 7-Eleven, located at 1535 Aviation Boulevard, Redondo Beach, California;

o. <u>December 22, 2021</u> – 7-Eleven, located at 454 Pacific Coast Highway, Hermosa Beach, California;

p. <u>December 22, 2021</u> – 7-Eleven, located at 3500 Rosecrans Avenue, Hawthorne, California;

q. <u>December 27, 2021</u> – Serv Rite Smoke Shop, located at 9410 Slauson Avenue, Pico Rivera, California;

r. <u>December 27, 2021</u> – Smoke Shop, located at 9477 Telegraph Road, Downey, California;

s. <u>December 29, 2021</u> – Puff and Pass, located at 13686 Harbor Boulevard, Garden Grove, California;

t. <u>December 29, 2021</u> – Arco, located at 13361 Harbor Boulevard, Garden Grove, California;

u. <u>December 30, 2021</u> – Bob's Market, located at 7671 Knott Avenue, Buena Park, California;

21

v. <u>December 30, 2021</u> – Arco Gas, located at 1002 Manhattan Beach Boulevard, California;

w. <u>December 30, 2021</u> – 7-Eleven, located at 601 N. Pacific Coast Highway, El Segundo, California;

x. <u>December 31, 2021</u> – 7-Eleven, located at 5495 Sepulveda Boulevard, Culver City, California;

y. <u>January 2, 2022</u> – Arco Gas, located at 4385 Atlantic Avenue, Long Beach, California;

z. <u>January 2, 2022</u> – 7-Eleven, located at 4200 Long Beach Boulevard, Long Beach, California;

aa.    <u>January 2, 2022</u> – 7-Eleven, located at 2600 Pacific Avenue, Long Beach, California;

bb.    <u>January 2, 2022</u> – AM/PM, located at 200 W. Willow Street, Long Beach, California;

cc.    <u>January 2, 2022</u> – Arco, located at 1785 Bellflower Boulevard, Long Beach, California;

dd.    <u>January 2, 2022</u> – Arco, located at 6300 Slauson Avenue, Culver City, California;

ee.    <u>January 2, 2022</u> – 7-Eleven, located at 1514 S. Bundy Drive, Los Angeles, California;

ff.    <u>January 3, 2022</u> – 7-Eleven, located at 3991 S. Western Avenue, Los Angeles, California;

gg.    <u>January 4, 2022</u> – 7-Eleven, located at 4315 S. Western Avenue, Los Angeles, California.

### E.   Robberies of 7-ELEVEN's and Other Stores Affected Interstate Commerce

39.   On February 10, 2022, SA Fukuda telephonically spoke with Steve Kellison, 7-Eleven Asset Protection Manager for the greater Los Angeles/Western United States.  Kellison stated that 7-Eleven is a global organization.  Kellison further confirmed the information that is listed on 7-Eleven's website was accurate – "7-Eleven operates franchises and licenses close to 9,000 locations in the United States and Canada, and more than 69,000 stores in 17 countries around the world."

40.   7-ELEVEN suffered financial loss as a result of the robberies.  Law enforcement responded to the scene of the robberies, and as a result of the significant law enforcement presence and investigation following the robberies, 7-Eleven stores were shut down and remained closed for several hours.[1] Kellison also confirmed that 7-Eleven accepts credit card transactions, services clients from outside California, and

---

[1] "To establish the interstate commerce element of a Hobbs Act charge, the government need only establish that a defendant's acts had a *de minimis* effect on interstate commerce."  United States v. Lynch, 437 F.3d 902, 908-09 (9th Cir. 2006) (emphasis added).  The interruption of a business engaged in interstate commerce is sufficient.  United States v. Fierro, 450 F. App'x 586, 588 (9th Cir. 2011) (finding police investigation following robbery of the business, and the resulting interruption in the business, was sufficient to prove interstate commerce).  Robbery of a single individual for a very large sum can directly affect interstate commerce.  See United States v. Wang, 222 F.3d 234, 239 (6th Cir. 2000) ("The federal courts have acknowledged, for example, that victimization of a large number of individuals, or victimization of a single individual for a very large sum, can have the potential directly to affect interstate commerce.")

places orders with and receive goods/inventory from vendors located outside the state of California.

## V.   <u>CONCLUSION</u>

41.   For all of the reasons described above, there is probable cause to believe that WILLIAMS and LACEY committed the SUBJECT OFFENSE.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone this __17_ th day of
February, 2022.


_____        Type text here
UNITED STATES MAGISTRATE JUDGE
 ALKA SAGAR